### Charlotte PARSONS, Respondent,

v.

### CERRO COPPER TUBE COMPANY, Appellant,

**and Treasurer of Missouri, as Custodian of the Second Injury Fund, Respondent.**

No. 74801.

Missouri Court of Appeals, Eastern District, Division Two.

March 16, 1999.

Daniel E. Atwill, Susan Ford Robertson, Columbia, for appellant.

James A. Fox, St. Louis, for respondent Charlotte Parsons.

Before JAMES R. DOWD, P.J., LAWRENCE G. CRAHAN, J., RICHARD B. TEITELMAN, J.

#### *ORDER*

PER CURIAM.

Cerro Copper Tube Company ("Employer") appeals from the Labor and Industrial Relations Commission's Temporary or Partial Award of compensation for injuries Char-

lotte Parsons suffered while working for Employer. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would have no precedential value. The judgment is affirmed pursuant to Rule 84.16(b).